TABLE OF CONTENTS:
MOTION FOR STAY AND PRELIMINARY INJUNCTION EXHIBITS

| Description | Exhibit Number |
|---|---|
| **ECF No. 1**: Complaint for Declaratory and Injunctive Relief (Jan. 31, 2023)<br><br>• Ex. 1: ATF Letter (Nov. 26, 2012)<br>• Ex. 2: ATF Letter (Dec. 22, 2015)<br>• Ex. 3: ATF Letter (Jan. 12, 2017)<br>• Ex. 4: ATF Letter (Mar. 5, 2014)<br>• Ex. 5: ATF Open Letter<br>• Ex. 6: ATF Letter (Mar. 21, 2017)<br>• Ex. 7: ATF Letter (Aug. 3, 2010)<br>• Ex. 8: ATF Letter (Aug. 5, 2011)<br>• Ex. 9: ATF Letter (June 25, 2019)<br>• Civil Cover Sheet<br>• Civil Cover Sheet Attachment | **1** |
| **ECF No. 6**: Plaintiff's Motion for Summary Judgment (Jan. 31, 2023)<br><br>• Ex. 1: *Factoring Criteria for Firearms with Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023)<br>• Ex. 2: ATF, *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 86 Fed. Reg. 30,826, 30,827 (June 10, 2021) ("Proposed Rule")<br>• Ex. 3: Declaration of Plaintiff Blake J. Watterson (Jan. 31, 2023)<br>• Ex. 4: U.S. Patent No. 8,869,444 B2 (Oct. 28, 2014)<br>• Ex. 5: U.S. Patent No. 9,664,477 Bl (May 30, 2017) | **2** |

| | |
|---|---|
| • Ex. 6: ATF Letter regarding a Forearm Brace (Nov. 26, 2012)<br>• Ex. 7: ATF Letter regarding an Adjustable Pistol Stabilizing Brace (Dec. 22, 2015)<br>• Ex. 8: ATF Letter regarding a Forearm Brace Submitted by Gear Head Works, LLC (Jan. 12, 2017)<br>• Ex. 9: ATF Letter regarding Reversal of ATF Open Letter on the Redesign of "Stabilizing Braces" (Mar. 21, 2017)<br>• Ex. 10: ATF, NATIONAL FIREARMS ACT HANDBOOK (rev. Apr. 2009) ("NFA Handbook")<br>• Ex. 11: ATF, Application to Make and Register a Firearm, OMB No. 1140-0011 ("Form 1")<br>• Ex. 12: Congressional Research Service, *Handguns, Stabilizing Braces, and Related Components* (Apr. 19, 2021) ("CRS Report")<br>• Ex. 13: ATF, *National Firearms Act*, https://www.atf.gov/rules-and-regulations/national-firearms-act<br>• Ex. 14: ATF, *Final Regulatory Impact Analysis and Final Regulatory Flexibility Analysis* (Jan. 2023) ("Final Reg. Analysis")<br>• Ex. 15: ATF, *Frequently Asked Questions for Final Rule 2021-08F* ("ATF FAQs")<br>• Proposed Order | |
| **ECF No. 7**: Plaintiff's Motion for Relief Under 5 U.S.C. § 705 or, Alternatively, for a Preliminary Injunction (Feb. 2, 2023)<br>• Proposed Order | **3** |
| **ECF No. 8**: Emergency Motion for Expedited Consideration of Plaintiff's Motion for Relief Under 5 | **4** |

| | |
|---|---|
| U.S.C. § 705 or, Alternatively, for a Preliminary Injunction (Feb 7, 2023) <br>• Proposed Order | |
| **ECF No. 18**: Order (Feb. 9, 2023) | **5** |
| **ECF No. 23**: Defendants' Opposition to Plaintiff's Motion for Relief Under 5 U.S.C. § 705 or, Alternatively, for a Preliminary Injunction (Feb. 23, 2023) <br>• Proposed Order | **6** |
| **ECF No. 25**: Plaintiff's Reply in Support of His Motion for Relief Under 5 U.S.C. § 705 or, Alternatively, for a Preliminary Injunction (Feb 27, 2023) | **7** |
| **ECF No. 27**: Defendants' Sur-Reply in Opposition to Plaintiff's Motion for Relief Under 5 U.S.C. § 705 or, Alternatively, for a Preliminary Injunction (Mar. 3, 2023) | **8** |
| **ECF No. 33**: Plaintiff's Notice of Supplemental Authority (May 23, 2023) <br>• Ex. 1: Unpublished Order, ECF No. 52, *Mock v. Garland*, No. 23-10319 (5th Cir. May 23, 2023) | **9** |
| **ECF No. 34**: Defendant's Notice of Supplemental Authority (May 30, 2023) | **10** |

| | |
|---|---|
| • Ex. A: Memorandum Opinion and Order, ECF No. 31, *Miller v. Garland*, No. 1:23-cv-195 (E.D. Va. May 26, 2023) | |
| **ECF No. 35**: Defendants' Response to Plaintiff's Notice of Supplemental Authority (May 30, 2023) | **11** |
| **ECF No. 36**: Plaintiff's Notice of Supplemental Authority (Jun. 2, 2023)<br><br>• Ex. 1: Order, *Mock v. Garland*, No. 23-10319 (5th Cir. May 26, 2023)<br>• Ex 2: Order, *Texas v. ATF*, No. 6:23-CV-00013 (S.D. Tex. May 31, 2023)<br>• Ex 3: Order, *Britto v. ATF*, No. 2:23-CV-019-Z (N.D. Tex. May 31, 2023) | **12** |
| **ECF No. 37**: Order (Jun. 7, 2023) | **13** |
| **ECF No. 38**: Plaintiff's Brief Opposing Any Stay of this Action (Jun. 21, 2023)<br><br>• Ex 1: Text & Description of Historical Statutes Cited by the Department<br>• Ex 2: Order, *Gulf Coast Racing, LLC v. Horseracing Integrity & Safety Auth., Inc.*, No. 2:22-cv-00146 (N.D. Tex. Dec. 12, 2022) | **14** |
| **ECF No. 39**: Defendants' Brief in Support of a Stay of Proceedings (Jun. 21, 2023) | **15** |
| **ECF No. 40**: Plaintiff's Notice of Supplemental Authority (Aug. 1, 2023)<br><br>• Ex 1: Opinion, *Mock v. Garland*, No. 23-10319 (5th Cir. Aug. 1, 2023) | **16** |

| | |
|---|---|
| **ECF No. 41**: Plaintiff's Motion to Extend the Time to File a Notice of Appeal (Aug. 8, 2023)<br><br>    • Proposed Order | **17** |
| **ECF No. 42**: Plaintiff's Motion to Reconsider and Modify the Court's June 7, 2023 Order (Aug. 9, 2023)<br><br>    • Proposed Order | **18** |
| **ECF No. 43**: Emergency Motion for Expedited Consideration of the Motion to Reconsider and Modify the Court's June 7, 2023 Order, or in the Alternative, Expedited Consideration of Plaintiff's Motion for Summary Judgment (Aug. 9, 2023)<br><br>    • Proposed Order | **19** |
| **ECF No. 44**: Order (Aug. 14, 2023) | **20** |
| **ECF No. 45**: Plaintiff's Supplemental Brief (Aug. 21, 2023) | **21** |
| **ECF No. 47**: Defendants' Response to Plaintiff's Supplemental Brief and Request for Clarification (Aug. 28, 2023) | **22** |
| **ECF No. 48**: Plaintiff's Supplemental Reply Brief (Aug. 30, 2023) | **23** |
| **ECF No. 49**: Plaintiff's Notice of Mandate Issuance (Sept. 25, 2023)<br><br>    • Ex 1: Mandate, ECF No. 156-1, *Mock v. Garland*, No. 23-10319 (5th Cir. Sept. 25, 2023) | **24** |

| | |
|---|---|
| **ECF No. 51**: Plaintiff's Notice of Appeal (September 26, 2023) | **25** |