# United States Court of Appeals for the Fifth Circuit

---

No. 23-40556

---

Blake J. Watterson,

*Plaintiff—Appellant*,

*versus*

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; United States Department of Justice; Merrick Garland, *U.S. Attorney General*; United States of America,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-80

---

UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

Blake J. Watterson moves for a stay pending appeal or in the alternative a preliminary injunction. The district court granted a preliminary injunction on June 7, 2023. That preliminary injunction stated that it "shall remain in effect pending resolution of the Fifth Circuit's decision in *Mock v.*

*Garland.*" Our mandate in *Mock* issued on September 25, 2023. And the district court considered supplemental briefing on appropriate equitable relief in light of *Mock*. As of today, however, the district court has not acted on plaintiff's post-*Mock* request for equitable relief. The case is therefore REMANDED for the limited purpose of allowing the district court to rule expeditiously on the plaintiff's pending motion.