# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 07, 2024

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Suite 7260
Washington, DC 20530

Mr. Matthew R. Miller
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

    No. 23-40556    Watterson v. ATF
                         USDC No. 4:23-CV-80

Dear Counsel:

The court directs the parties to file supplemental briefs, due on March 13 at 5:00 pm, addressing the District Court's March 1 order. The parties should explain how that order affects the various motions pending in our court.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Dantrell L. Johnson, Deputy Clerk
                                      504-310-7689

cc:
    Mr. Clayton Way Calvin
    Mr. Robert E. Henneke
    Mr. Benjamin Lewis
    Mr. Chance Weldon
    Ms. Abby Christine Wright