# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, INC., *et al.*, | |
| *Plaintiffs-Appellants*, | |
| v. | No. 23-11157 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | |
| *Defendants-Appellees*. | |
| ──────────────── | |
| WILLIAM T. MOCK, *et al.*, | |
| *Plaintiffs-Appellees*, | |
| v. | No. 23-11199 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | |
| *Defendants-Appellants*. | |
| ──────────────── | |
| DARREN A. BRITTO, *et al.*, | |
| *Plaintiffs-Appellees*, | |
| v. | No. 23-11203 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| *Defendant-Appellant*. | |
| ──────────────── | |

TEXAS GUN RIGHTS, INC., *et al.*,

*Plaintiffs-Appellees,*

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

*Defendant-Appellant.*

No. 23-11204

_____

STATE OF TEXAS, *et al.*,

*Plaintiffs-Appellees,*

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

*Defendants-Appellants.*

No. 23-40685

_____

BLAKE J. WATTERSON,

*Plaintiff-Appellant*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,

*Defendants-Appellees.*

No. 23-40556

## MOTION TO HAVE CASES HEARD FOR ARGUMENT
## BY THE SAME PANEL ON THE SAME DAY

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27.1.9, the government moves to have the above-captioned cases be heard for argument by the same panel on the same day. Plaintiffs in Nos. 23-11157 (*Second Amendment Foundation*), 23-11199 (*Mock*), 23-40685 (*Texas*), and 23-40556 (*Watterson*) do not oppose this motion. Plaintiffs in Nos. 23-11203 (*Britto*) and 23-11204 (*Texas Gun Rights*) take no position.

1. These appeals concern a rule issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) addressing firearms equipped with stabilizing braces. *See* Factoring Criteria for Firearms with Attached "Stabilizing Braces," 88 Fed. Reg. 6478, 6525 (Jan. 31, 2023). Plaintiffs in these cases present various administrative and constitutional challenges to the Rule, and they seek preliminary relief from the Rule. These appeals arise from decisions on plaintiffs' motions for preliminary relief.

2. This Court has consolidated five challenges to ATF's rule: Nos. 23-11157 (*Second Amendment Foundation*), 23-11199 (*Mock*), 23-11203 (*Britto*), 23-11204, (*Texas Gun Rights*), and 23-40685 (*Texas*). Those appeals are now fully briefed.

3. The parties have since briefed a sixth challenge to ATF's rule: No. 23-40556 (*Watterson*). This case was not consolidated with the others because the district court in *Watterson* had not yet issued a decision on plaintiffs' motion for preliminary relief.

4. All of the above-captioned cases are now fully briefed, and argument is

appropriate in these cases. It would promote the parties' interests in judicial efficiency to have these cases heard for argument by the same panel on the same day.

5. Plaintiffs in Nos. 23-11157 (*Second Amendment Foundation*), 23-11199 (*Mock*), 23-40685 (*Texas*), and 23-40556 (*Watterson*) do not oppose this motion. Plaintiffs in Nos. 23-11203 (*Britto*) and 23-11204 (*Texas Gun Rights*) take no position.

## CONCLUSION

For the foregoing reasons, we respectfully ask that that these cases be heard for argument by the same panel on the same day.

Respectfully submitted,

ABBY C. WRIGHT
SEAN R. JANDA

 /s/ Ben Lewis
BEN LEWIS
*Attorneys, Appellate Staff*
*Civil Division, Room 7250*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-2494*
*benjamin.r.lewis@usdoj.gov*

MAY 2024

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 325 words, according to the count of Microsoft Word.

*/s/ Ben Lewis*
Ben Lewis