# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 04, 2024

Mr. Samuel I. Ferenc
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743

    No. 23-40556    Watterson v. ATF
                         USDC No. 4:23-CV-80

Dear Mr. Ferenc,

We received the paper copies your brief.  However, you must make the following corrections within the next 5 days.

You need to correct or add: Paper copies of your brief must be single-sided.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Kim M. Pollard, Deputy Clerk
                         504-310-7635

cc:
    Mr. Clayton Way Calvin
    Mr. Robert E. Henneke
    Mr. Sean Janda
    Mr. Benjamin Lewis
    Mr. Jody Dale Lowenstein
    Mr. Matthew R. Miller
    Mr. Taylor Pitz
    Mr. Chance Weldon
    Ms. Abby Christine Wright