# United States Court of Appeals for the Fifth Circuit

---

No. 23-40556

---

Blake J. Watterson,

*Plaintiff—Appellant,*

versus

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; United States Department of Justice; Merrick Garland, *U.S. Attorney General*; United States of America,

*Defendants—Appellees,*

consolidated with

---

No. 23-11157

---

Second Amendment Foundation, Incorporated; Rainier Arms, L.L.C.; Samuel Walley; William Green,

*Plaintiffs—Appellants,*

versus

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity Director of the Bureau of*

United States Court of Appeals Fifth Circuit
**FILED**
July 19, 2024
Lyle W. Cayce
Clerk

No. 23-40556
c/w No. 23-11157

*Alcohol Tobacco Firearms and Explosives*; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK GARLAND, *U.S. Attorney General*,

        *Defendants—Appellees*,

CONSOLIDATED WITH

———————

No. 23-11199

———————

WILLIAM T. MOCK; CHRISTOPHER LEWIS; FIREARMS POLICY COALITION, INCORPORATED, *a nonprofit corporation*; MAXIM DEFENSE INDUSTRIES, L.L.C.,

        *Plaintiffs—Appellees*,

*versus*

MERRICK GARLAND, *U.S. Attorney General, in his official capacity as Attorney General of the United States*; UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; STEVEN DETTELBACH, *in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*,

        *Defendants—Appellants*,

CONSOLIDATED WITH

———————

No. 23-11203

———————

DARREN A. BRITTO; GABRIEL A. TAUSCHER; SHAWN M. KROLL,

No. 23-40556
c/w No. 23-11157

*Plaintiffs—Appellees,*

*versus*

Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendant—Appellant,*

consolidated with
_____

No. 23-11204
_____

Texas Gun Rights, Incorporated; National Association for Gun Rights, Incorporated,

*Plaintiffs—Appellees,*

*versus*

Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendant—Appellant,*

consolidated with
_____

No. 23-40685
_____

State of Texas; Gun Owners of America, Incorporated; Gun Owners Foundation; Brady Brown,

*Plaintiffs—Appellees,*

No. 23-40556
c/w No. 23-11157

*versus*

Bureau of Alcohol, Tobacco, Firearms, and Explosives; United States Department of Justice; Steven M. Dettelbach, *Director of ATF*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-80

_____

ORDER:

BY THE COURT: In response to the letters filed in the above cases, IT IS ORDERED that cases previously consolidated with No. 23-11157 are now also consolidated with No. 23-40556 for purposes of Oral Argument; and that the Oral Arguments scheduled presently for August 5, 2024, are hereby rescheduled to the first week of September 2024.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT